IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **DAVID W. SARGENT,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Docket No. CV-06-01-P-S |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner,** ) | |
| **Social Security Administration,** ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. ' 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (AALJ@),

IT IS HEREBY ORDERED that upon remand, the ALJ will update Plaintiff's medical records and re-assess Plaintiff's residual functional capacity ("RFC") in light of all record medical source opinions. The ALJ will hold another administrative hearing with further vocational expert testimony to clarify the impact of a revised RFC on Plaintiff's access to the relevant occupational base. The ALJ will then issue a new decision based on the total record, which shall explain the weight afforded to each record medical source opinion in accordance with 20 C.F.R. § 404.1527(d), and provide specific citations to the record in support of his RFC assessment.

Therefore, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. ' 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

/s/George Z. Singal_____
Chief U.S. District Judge

Dated:  August 11th 2006.